PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT     CASE NO. B-16-243-mJ

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
Southern District of Texas
Brownsville, Texas
Ignacio Torteya III
U.S. Magistrate Judge

United States District Court
Southern District of Texas
FILED
MAR 25 2016
David J. Bradley, Clerk of Court

Name and Office of Person Furnishing Information on THIS FORM: Rodriguez, Julio M.
U.S. Border Patrol
Phone No. _____

Name of Asst. U.S. Attorney (if assigned): _____

USA vs.
Defendant: Terry Marquis HALEY

Address:

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
U.S. Border Patrol, Brownsville, Texas

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Hidalgo, Texas

Birth Date: ████ 1986     ☐ Male  ☐ Female     ☐ Alien (if applicable)

## DEFENDANT

Issue: ☐ Warrant  ☐ Summons

Location Status:
Arrest Date 03/24/2016 or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Has a Detainer been filed?
☑ Yes  ☐ No

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts _____

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 8 USC 1324(a)(1)(A)(ii) | Felony Smuggling Case Transporting | |
| | | | |
| | | | |
| | | | |